| | | | | | |
|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | Pay Begin Date:<br>Pay End Date: | 09/14/2025<br>09/20/2025 | | P'Soft Check/Advice #:<br>Advice Date: | **000000041131977**<br>09/26/2025 |
| | | | **TAX DATA:** | **Federal** | **PA State** |
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.000000 Hourly<br>NA | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | Married<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.000000 | 23.88 | 286.56 | 957.90 | 12,227.91 |
| Vacation Pay | 12.000000 | 8.00 | 96.00 | 8.00 | 96.00 |
| Sunday Straight Time Rate | | | 0.00 | 171.33 | 2,156.59 |
| Holiday 1.5 Pay | | | 0.00 | 15.46 | 278.28 |
| Premium Pay | | | 0.00 | | 9.81 |
| **TOTAL:** | | **31.88** | **382.56** | **1,152.69** | **14,768.59** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 5.54 | 214.14 |
| Fed OASDI/EE | 23.72 | 915.65 |
| PA Unempl EE | 0.27 | 10.34 |
| PA Withholding | 11.74 | 453.38 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 39.00 |
| PA CLARKS SUMMIT BORO Withholding | 3.83 | 147.70 |
| **TOTAL:** | **46.10** | **1,780.21** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 382.56 | 382.56 | 46.10 | 0.00 | 336.46 |
| YTD | 14,768.59 | 14,768.59 | 1,780.21 | 0.00 | 12,988.38 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000041131977 | Checking | *******940 | 336.46 |
| **TOTAL:** | | | **336.46** |

**MESSAGE:**

| | | | | | |
|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | Pay Begin Date:<br>Pay End Date: | 09/21/2025<br>09/27/2025 | | P'Soft Check/Advice #:<br>Advice Date: | **000000041183101**<br>10/03/2025 |

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.000000 Hourly<br>NA | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | Married<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.000000 | 23.83 | 285.96 | 981.73 | 12,513.87 |
| Sunday Straight Time Rate | | | 0.00 | 171.33 | 2,156.59 |
| Vacation Pay | | | 0.00 | 8.00 | 96.00 |
| Holiday 1.5 Pay | | | 0.00 | 15.46 | 278.28 |
| Premium Pay | | | 0.00 | | 9.81 |
| **TOTAL:** | | **23.83** | **285.96** | **1,176.52** | **15,054.55** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 4.15 | 218.29 |
| Fed OASDI/EE | 17.73 | 933.38 |
| PA Unempl EE | 0.20 | 10.54 |
| PA Withholding | 8.78 | 462.16 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 40.00 |
| PA CLARKS SUMMIT BORO Withholding | 2.86 | 150.56 |
| **TOTAL:** | **34.72** | **1,814.93** |

## BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 285.96 | 285.96 | 34.72 | 0.00 | 251.24 |
| YTD | 15,054.55 | 15,054.55 | 1,814.93 | 0.00 | 13,239.62 |

## NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000041183101 | Checking | *******940 | 251.24 |
| **TOTAL:** | | | **251.24** |

**MESSAGE:**

| Gerritys Supermarket INC | Pay Begin Date: 09/28/2025 | P'Soft Check/Advice #: **000000041233949** |
|---|---|---|
| 950 North South Rd | Pay End Date: 10/04/2025 | Advice Date: 10/10/2025 |
| Scranton, PA 18504-1430 | | |
| 570/342-4144 | | |

| | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|
| **Charles P Pieshefski SR.** | Employee ID: 301032203 | Tax Status: | Married | Married |
| 309 East Jefferson Street | Store/Div: 0491 | Allowances: | N/A | 0 |
| Olyphant, PA 18447 | Department: 0110 | Addl. Percent: | N/A | |
| | Pay Rate: $12.000000 Hourly | Addl. Amount: | | |
| | OT 1.5 Rate: NA | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.000000 | 23.69 | 284.28 | 1,005.42 | 12,798.15 |
| Sunday Straight Time Rate | 12.000000 | 7.95 | 95.40 | 179.28 | 2,251.99 |
| Vacation Pay | | 0.00 | 0.00 | 8.00 | 96.00 |
| Holiday 1.5 Pay | | 0.00 | 0.00 | 15.46 | 278.28 |
| Premium Pay | | 0.00 | 0.00 | | 9.81 |
| **TOTAL:** | | **31.64** | **379.68** | **1,208.16** | **15,434.23** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 5.51 | 223.80 |
| Fed OASDI/EE | 23.54 | 956.92 |
| PA Unempl EE | 0.26 | 10.80 |
| PA Withholding | 11.66 | 473.82 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 41.00 |
| PA CLARKS SUMMIT BORO Withholding | 3.80 | 154.36 |
| **TOTAL:** | **45.77** | **1,860.70** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 379.68 | 379.68 | 45.77 | 0.00 | 333.91 |
| YTD | 15,434.23 | 15,434.23 | 1,860.70 | 0.00 | 13,573.53 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000041233949 | Checking | *******940 | 333.91 |
| **TOTAL:** | | | **333.91** |

**MESSAGE:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | | Pay Begin Date:<br>Pay End Date: | 10/05/2025<br>10/11/2025 | | | P'Soft Check/Advice #:<br>Advice Date: | | **000000041284689**<br>10/17/2025 |
| | | | | | | **TAX DATA:** | **Federal** | **PA State** |
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.000000 Hourly<br>NA | | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | Married<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.000000 | 15.94 | 191.28 | 1,021.36 | 12,989.43 |
| Sunday Straight Time Rate | 12.000000 | 7.48 | 89.76 | 186.76 | 2,341.75 |
| Premium Pay | | | 6.98 | | 16.79 |
| Vacation Pay | | 0.00 | 0.00 | 8.00 | 96.00 |
| Holiday 1.5 Pay | | 0.00 | 0.00 | 15.46 | 278.28 |
| **TOTAL:** | | **23.42** | **288.02** | **1,231.58** | **15,722.25** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 4.17 | 227.97 |
| Fed OASDI/EE | 17.86 | 974.78 |
| PA Unempl EE | 0.21 | 11.01 |
| PA Withholding | 8.84 | 482.66 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 42.00 |
| PA CLARKS SUMMIT BORO Withholding | 2.88 | 157.24 |
| **TOTAL:** | **34.96** | **1,895.66** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 288.02 | 288.02 | 34.96 | 0.00 | 253.06 |
| YTD | 15,722.25 | 15,722.25 | 1,895.66 | 0.00 | 13,826.59 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000041284689 | Checking | *******940 | 253.06 |
| **TOTAL:** | | | **253.06** |

**MESSAGE:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | | Pay Begin Date:<br>Pay End Date: | 10/12/2025<br>10/18/2025 | | | P'Soft Check/Advice #:<br>Advice Date: | **000000041336182**<br>10/24/2025 | |
| | | | | | | **TAX DATA:** | **Federal** | **PA State** |
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.000000 Hourly<br>NA | | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | Married<br>0 |

| **HOURS AND EARNINGS** | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 12.000000 | 23.98 | 287.76 | 1,045.34 | 13,277.19 | Fed Withholding | 0.00 | 0.00 |
| Sunday Straight Time Rate | | | 0.00 | 186.76 | 2,341.75 | Fed MED/EE | 4.18 | 232.15 |
| Vacation Pay | | | 0.00 | 8.00 | 96.00 | Fed OASDI/EE | 17.84 | 992.62 |
| Holiday 1.5 Pay | | | 0.00 | 15.46 | 278.28 | PA Unempl EE | 0.20 | 11.21 |
| Premium Pay | | | 0.00 | | 16.79 | PA Withholding | 8.83 | 491.49 |
| | | | | | | PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 43.00 |
| | | | | | | PA CLARKS SUMMIT BORO Withholding | 2.88 | 160.12 |
| **TOTAL:** | | **23.98** | **287.76** | **1,255.56** | **16,010.01** | **TOTAL:** | **34.93** | **1,930.59** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | |
|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 287.76 | 287.76 | 34.93 | 0.00 | 252.83 |
| YTD | 16,010.01 | 16,010.01 | 1,930.59 | 0.00 | 14,079.42 |

| | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|
| | **Account Type** | **Account Number** | | **Deposit Amount** |
| Advice #000000041336182 | Checking | *******940 | | 252.83 |
| **TOTAL:** | | | | **252.83** |

**MESSAGE:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | | Pay Begin Date:<br>Pay End Date: | 10/19/2025<br>10/25/2025 | | P'Soft Check/Advice #:<br>Advice Date: | | **000000041387440**<br>10/31/2025 |
| | | | | **TAX DATA:** | | **Federal** | **PA State** |
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.000000 Hourly<br>NA | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | | Married<br>N/A<br>N/A | Married<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.000000 | 15.95 | 191.40 | 1,061.29 | 13,468.59 |
| Sunday Straight Time Rate | 12.000000 | 7.95 | 95.40 | 194.71 | 2,437.15 |
| Vacation Pay | | 0.00 | 0.00 | 8.00 | 96.00 |
| Holiday 1.5 Pay | | 0.00 | 0.00 | 15.46 | 278.28 |
| Premium Pay | | | 0.00 | | 16.79 |
| **TOTAL:** | | **23.90** | **286.80** | **1,279.46** | **16,296.81** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 4.15 | 236.30 |
| Fed OASDI/EE | 17.78 | 1,010.40 |
| PA Unempl EE | 0.20 | 11.41 |
| PA Withholding | 8.80 | 500.29 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 44.00 |
| PA CLARKS SUMMIT BORO Withholding | 2.87 | 162.99 |
| **TOTAL:** | **34.80** | **1,965.39** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 286.80 | 286.80 | 34.80 | 0.00 | 252.00 |
| YTD | 16,296.81 | 16,296.81 | 1,965.39 | 0.00 | 14,331.42 |

## NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000041387440 | Checking | *******940 | 252.00 |
| **TOTAL:** | | | **252.00** |

**MESSAGE:**

| **Gerritys Supermarket INC** | Pay Begin Date: | 10/26/2025 | | P'Soft Check/Advice #: | **000000041438452** |
|---|---|---|---|---|---|
| 950 North South Rd | Pay End Date: | 11/01/2025 | | Advice Date: | 11/07/2025 |
| Scranton, PA 18504-1430 | | | | | |
| 570/342-4144 | | | | | |

| | | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|---|
| **Charles P Pieshefski SR.** | Employee ID: | 301032203 | | Tax Status: | Married | Married |
| 309 East Jefferson Street | Store/Div: | 0491 | | Allowances: | N/A | 0 |
| Olyphant, PA 18447 | Department: | 0110 | | Addl. Percent: | N/A | |
| | Pay Rate: | $12.300000 Hourly | | Addl. Amount: | | |
| | OT 1.5 Rate: | NA | | | | |

| **HOURS AND EARNINGS** | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| | | ---- Current ---- | | ---- YTD ---- | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 12.300000 | 24.01 | 295.32 | 1,085.30 | 13,763.91 | Fed Withholding | 0.00 | 0.00 |
| Sunday Straight Time Rate | | | 0.00 | 194.71 | 2,437.15 | Fed MED/EE | 4.29 | 240.59 |
| Vacation Pay | | | 0.00 | 8.00 | 96.00 | Fed OASDI/EE | 18.31 | 1,028.71 |
| Holiday 1.5 Pay | | | 0.00 | 15.46 | 278.28 | PA Unempl EE | 0.20 | 11.61 |
| Premium Pay | | | 0.00 | | 16.79 | PA Withholding | 9.07 | 509.36 |
| | | | | | | PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 45.00 |
| | | | | | | PA CLARKS SUMMIT BORO Withholding | 2.95 | 165.94 |
| **TOTAL:** | | **24.01** | **295.32** | **1,303.47** | **16,592.13** | **TOTAL:** | **35.82** | **2,001.21** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | |
|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 295.32 | 295.32 | 35.82 | 0.00 | 259.50 |
| YTD | 16,592.13 | 16,592.13 | 2,001.21 | 0.00 | 14,590.92 |

| **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|
| | **Account Type** | **Account Number** | **Deposit Amount** |
| Advice #000000041438452 | Checking | *******940 | 259.50 |
| **TOTAL:** | | | **259.50** |

**MESSAGE:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | | Pay Begin Date:<br>Pay End Date: | 11/02/2025<br>11/08/2025 | | P'Soft Check/Advice #:<br>Advice Date: | | **000000041489824**<br>11/14/2025 |

| | | | | | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **PA State** |
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.300000 Hourly<br>NA | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | Married<br>0 |

## HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 12.300000 | 31.87 | 392.00 | 1,117.17 | 14,155.91 | Fed Withholding | 0.00 | 0.00 |
| Vacation Pay | 12.300000 | 8.00 | 98.40 | 16.00 | 194.40 | Fed MED/EE | 7.11 | 247.70 |
| Sunday Straight Time Rate | | 0.00 | | 194.71 | 2,437.15 | Fed OASDI/EE | 30.41 | 1,059.12 |
| Holiday 1.5 Pay | | 0.00 | | 15.46 | 278.28 | PA Unempl EE | 0.35 | 11.96 |
| Premium Pay | | 0.00 | | | 16.79 | PA Withholding | 15.06 | 524.42 |
| | | | | | | PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 46.00 |
| | | | | | | PA CLARKS SUMMIT BORO Withholding | 4.90 | 170.84 |
| **TOTAL:** | | **39.87** | **490.40** | **1,343.34** | **17,082.53** | **TOTAL:** | **58.83** | **2,060.04** |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 490.40 | 490.40 | 58.83 | 0.00 | 431.57 |
| YTD | 17,082.53 | 17,082.53 | 2,060.04 | 0.00 | 15,022.49 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000041489824 | Checking | *******940 | 431.57 |
| **TOTAL:** | | | **431.57** |

**MESSAGE:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton, PA 18504-1430<br>570/342-4144 | | Pay Begin Date:<br>Pay End Date: | 11/09/2025<br>11/15/2025 | | P'Soft Check/Advice #:<br>Advice Date: | | **000000041541239**<br>11/21/2025 |
| | | | | | **TAX DATA:** | **Federal** | **PA State** |
| **Charles P Pieshefski SR.**<br>309 East Jefferson Street<br>Olyphant, PA 18447 | | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 301032203<br>0491<br>0110<br>$12.300000 Hourly<br>NA | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | Married<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.300000 | 32.04 | 394.09 | 1,149.21 | 14,550.00 |
| Sunday Straight Time Rate | | | 0.00 | 194.71 | 2,437.15 |
| Vacation Pay | | | 0.00 | 16.00 | 194.40 |
| Holiday 1.5 Pay | | | 0.00 | 15.46 | 278.28 |
| Premium Pay | | | 0.00 | | 16.79 |
| **TOTAL:** | | **32.04** | **394.09** | **1,375.38** | **17,476.62** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 5.71 | 253.41 |
| Fed OASDI/EE | 24.43 | 1,083.55 |
| PA Unempl EE | 0.27 | 12.23 |
| PA Withholding | 12.10 | 536.52 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 47.00 |
| PA CLARKS SUMMIT BORO Withholding | 3.94 | 174.78 |
| **TOTAL:** | **47.45** | **2,107.49** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 394.09 | 394.09 | 47.45 | 0.00 | 346.64 |
| YTD | 17,476.62 | 17,476.62 | 2,107.49 | 0.00 | 15,369.13 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000041541239 | Checking | *******940 | 346.64 |
| **TOTAL:** | | | **346.64** |

**MESSAGE:**