| Display Name | 17-Pieshefski, Sandra |
|---|---|
| Tax Year | 2025 |
| Quarter | (All) |

INSTRUCTIONS

| Paycheck Date | GROSS Total | MEDI Total | SS Total | FWT Total | PA Total | LOCAL Total | PA UC Total | Total EMS | NET Total |
|---|---|---|---|---|---|---|---|---|---|
| 8/15/2025 | 461.50 | 6.69 | 28.61 | 46.15 | 14.17 | 4.62 | 0.32 | 1.00 | 359.94 |
| 8/22/2025 | 156.00 | 2.26 | 9.67 | 15.60 | 4.79 | 1.56 | 0.11 | 1.00 | 121.01 |
| 8/29/2025 | 130.00 | 1.89 | 8.06 | 13.00 | 3.99 | 1.30 | 0.09 | 1.00 | 100.67 |
| 9/5/2025 | 364.00 | 5.28 | 22.57 | 36.40 | 11.17 | 3.64 | 0.25 | 1.00 | 283.69 |
| 9/12/2025 | 286.00 | 4.15 | 17.73 | 28.60 | 8.78 | 2.86 | 0.20 | 1.00 | 222.68 |
| 9/19/2025 | 370.50 | 5.37 | 22.97 | 37.05 | 11.37 | 3.71 | 0.26 | 1.00 | 288.77 |
| 9/26/2025 | 370.50 | 5.37 | 22.97 | 37.05 | 11.37 | 3.71 | 0.26 | 1.00 | 288.77 |
| 10/3/2025 | 312.00 | 4.52 | 19.34 | 31.20 | 9.58 | 3.12 | 0.22 | 1.00 | 243.02 |
| **Grand Total** | **2450.50** | **35.53** | **151.92** | **245.05** | **75.22** | **24.52** | **1.71** | **8.00** | **1908.55** |





10.3.25

| Display Name | 17-Pieshefski, Sandra |
|---|---|
| Tax Year | 2025 |
| Quarter | 4 |

INSTRUCTIONS

| Paycheck Date | GROSS Total | MEDI Total | SS Total | FWT Total | PA Total | LOCAL Total | PA UC Total | Total EMS | NET Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2025 | 312.00 | 4.52 | 19.34 | 31.20 | 9.58 | 3.12 | 0.22 | 1.00 | 243.02 |
| 10/10/2025 | 240.50 | 3.49 | 14.91 | 24.05 | 7.38 | 2.41 | 0.17 | 1.00 | 187.09 |
| 10/17/2025 | 403.00 | 5.84 | 24.99 | 40.30 | 12.37 | 4.03 | 0.28 | 1.00 | 314.19 |
| 10/24/2025 | 325.00 | 4.71 | 20.15 | 32.50 | 9.98 | 3.25 | 0.23 | 1.00 | 253.18 |
| 10/31/2025 | 279.50 | 4.05 | 17.33 | 27.95 | 8.58 | 2.80 | 0.20 | 1.00 | 217.59 |
| Grand Total | 1560.00 | 22.61 | 96.72 | 156.00 | 47.89 | 15.61 | 1.10 | 5.00 | 1215.07 |



BOSAK'S CHOICE MEATS OLYPHANT PA 570.383.5260

10 31 25

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gerritys Supermarket INC**<br>950 North South Rd<br>Scranton PA 18504-1430<br>570/342-4144 | | Pay Begin Date: 11/09/2025<br>Pay End Date: 11/15/2025 | | | P'Soft Check/Advice #: **000000035832896**<br>Check Date: 11/21/2025 | | | |
| | | | | | **TAX DATA:** | | **Federal** | **PA State** |
| **Sandra Pieshefski**<br>309 East Jefferson Street<br>Olyphant PA 18447 | | Employee ID: 300995159<br>Store/Div: 0491<br>Department: 2510<br>Pay Rate: $12.250000 Hourly<br>OT 1.5 Rate: NA | | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | | Married<br>N/A<br>N/A | Married<br>0 |

| | HOURS AND EARNINGS | | | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| | | **Current** | | | | **TAXES** | **Current** | **YTD** |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 12.250000 | 18.63 | 228.22 | 820.27 | 10,891.00 | Fed Withholding | 0.00 | 461.35 |
| Overtime 1.5 | | | 0.00 | 29.12 | 646.85 | Fed MED/EE | 3.31 | 198.30 |
| Sunday Straight Time Rate | | | 0.00 | 98.42 | 1,279.14 | Fed OASDI/EE | 14.15 | 847.91 |
| Vacation Pay | | | 0.00 | 14.00 | 171.50 | PA Unempl EE | 0.16 | 9.57 |
| Holiday 1.5 Pay | | | 0.00 | 18.32 | 341.97 | PA Withholding | 7.01 | 419.84 |
| Training | | | 0.00 | 3.00 | 36.75 | PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 33.00 |
| Premium Pay | | | 0.00 | | 4.07 | | | |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 304.69 | PA CLARKS SUMMIT BORO Withholding | 2.28 | 136.75 |
| **TOTAL:** | | 18.63 | 228.22 | 983.13 | 13,675.97 | **TOTAL:** | 27.91 | 2,106.72 |

| BEFORE-TAX DEDUCTIONS | | | | | |
|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | | | |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Gerritys Supermarket INC** 950 North South Rd Scranton PA 18504-1430 570/342-4144 | Pay Group: Pay Begin Date: Pay End Date: | 305-Gerrity Non-Affiliated 11/09/2025 11/15/2025 | | Business Unit: Advice #: Advice Date: | WFCBU **000000035832896** 11/21/2025 |

| | | | | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** **PA State** |
| **Sandra Pieshefski** 309 East Jefferson Street Olyphant PA 18447 | Employee ID: Department: Location: Job Title: Pay Rate: | 300995159 2510 FG of Summit Sq Shopping Ctr Cashier $12.250000 Hourly | Tax Status: Allowances: Percent: Addl. Amount: | Married N/A N/A | Married 0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 12.250000 | 18.63 | 228.22 | 820.27 | 10,891.00 |
| Overtime 1.5 | | | 0.00 | 29.12 | 646.85 |
| Sunday Straight Time Rate | | | 0.00 | 98.42 | 1,279.14 |
| Vacation Pay | | | 0.00 | 14.00 | 171.50 |
| Holiday 1.5 Pay | | | 0.00 | 18.32 | 341.97 |
| Training | | | 0.00 | 3.00 | 36.75 |
| Premium Pay | | | 0.00 | | 4.07 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 304.69 |
| **TOTAL:** | | **18.63** | **228.22** | **983.13** | **13,675.97** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholding | 0.00 | 461.35 |
| Fed MED/EE | 3.31 | 198.30 |
| Fed OASDI/EE | 14.15 | 847.91 |
| PA Unempl EE | 0.16 | 9.57 |
| PA Withholding | 7.01 | 419.84 |
| PA CLARKS SUMMIT BORO (M + SD) LS Tax | 1.00 | 33.00 |
| PA CLARKS SUMMIT BORO Withholding | 2.28 | 136.75 |
| **TOTAL:** | **27.91** | **2,106.72** |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 228.22 | 228.22 | 27.91 | 0.00 | 200.31 |
| YTD | 13,675.97 | 13,675.97 | 2,106.72 | 0.00 | 11,569.25 |

| **YEAR-TO-DATE** | **PAID TIME OFF** | **SICK LEAVE** |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|
| | | |

**TOTAL:**

**MESSAGE:**

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 228.22 | 228.22 | 27.91 | 0.00 | 200.31 |
| YTD | 13,675.97 | 13,675.97 | 2,106.72 | 0.00 | 11,569.25 |

### NET PAY DISTRIBUTION

| **Payment Type** | **Account Type** | **Account Number** | **Amount** |
|---|---|---|---|
| Check #000000035832896 | Issue Chk | | 200.31 |
| **TOTAL:** | | | **200.31** |

**MESSAGE:**