Certificate Number: 17082-PAM-DE-040340462

Bankruptcy Case Number: 25-03330


17082-PAM-DE-040340462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2025, at 2:42 o'clock AM MST, SANDRA PIESHEFSKI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  November 22, 2025        By:    /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title: Executive Director