United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Charles P Pieshefski, Sr.  
Sandra J Pieshefski  
    Debtors

Case No. 25-03330-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Nov 21, 2025      Form ID: 309A      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles P Pieshefski, Sr., Sandra J Pieshefski, 309 E Jefferson St, Olyphant, PA 18447-2022 |
| 5759931 | | 1st Progress/TSYS/VT, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 5759935 | | Car-Lotta Credit and Car Sales, 303 Wyoming Ave, Kingston, PA 18704-3502 |
| 5759947 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5759950 | + | Daniel Joseph Santucci, Esq., 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 5759952 | | First Electronic Bank, PO Box 1269, Greenville, SC 29602-1269 |
| 5759954 | | First Progress Synovus Bank, P.O. Box 84040, Sioux Falls, SD 57118-4040 |
| 5759957 | | Jefferson Capital Systems, 200 145th Ave East, Sartell, MN 56377 |
| 5759960 | + | LVNV Funding LLC, C/O Resurgent Capital Services PO Box 10, Greenville, SC 29602-0010 |
| 5759961 | | Mariner Finance LLC, 737 Scranton Carbondale Hwy, Scranton, PA 18508-1121 |
| 5759970 | | Opensky Cbnk, 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5759978 | + | Stephanie Hernandez, Esq., 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 5759980 | | The Bank of Missouri, PO Box 3023, Hutchinson, KS 67504-3023 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Nov 21 2025 18:36:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: lawrencegfrank@gmail.com | Nov 21 2025 18:36:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Nov 21 2025 18:36:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5759932 | + | Email/Text: bankruptcynotices@aarons.com | Nov 21 2025 18:36:00 | Aaron's LLC, 1606 Nay Aug Ave, Scranton, PA 18509-1868 |
| 5759933 | + | EDI: TCISOLUTIONS.COM | Nov 21 2025 23:36:00 | Bank of Missouri/ Total Card, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 5759945 | | Email/Text: cfcbackoffice@contfinco.com | Nov 21 2025 18:36:00 | Continental Finance Company, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19801 |
| 5759981 | | Email/Text: cfcbackoffice@contfinco.com | Nov 21 2025 18:36:00 | The Bank Of Missouri/Continental Finance, 4550 New LInden Hill Rd #400, Wilmington, DE 19808 |
| 5759934 | | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One Bank (USA), N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5759937 | | Email/Text: bzern@celticbank.com | Nov 21 2025 18:36:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5759939 | | EDI: CBS7AVE | Nov 21 2025 23:36:00 | Colony/ Through Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5759940 | + | EDI: CBS7AVE | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2025 23:36:00 | Colony/Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5759941 | + | EDI: COMCASTCBLCENT | Nov 21 2025 23:36:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5759942 | + | EDI: WFNNB.COM | Nov 21 2025 23:36:00 | Comenity Bank/ ULTA, PO Box 182120, Columbus, OH 43218-2120 |
| 5759943 | | EDI: WFNNB.COM | Nov 21 2025 23:36:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5759944 | + | EDI: WFNNB.COM | Nov 21 2025 23:36:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 5759948 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 18:47:11 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5759946 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 18:47:13 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5759949 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:57 | Credit One Bank, N.A., 335 Madison Ave, New York, NY 10017-4611 |
| 5759951 | + | EDI: PHINGENESIS | Nov 21 2025 23:36:00 | FEB Destiny/CCI, PO Box 4499, Beaverton, OR 97076-4499 |
| 5759936 | | Email/Text: BNSFS@capitalsvcs.com | Nov 21 2025 18:36:00 | CCS/First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5759953 | | EDI: AMINFOFP.COM | Nov 21 2025 23:36:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5759956 | ^ | MEBN | Nov 21 2025 18:35:43 | Geisinger, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5759955 | ^ | MEBN | Nov 21 2025 18:35:43 | Geisinger, 100 North Academy Ave Mail Code 32-27, Danville, PA 17822-0001 |
| 5759959 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:11 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5759958 | ^ | MEBN | Nov 21 2025 18:35:37 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5759975 | | Email/Text: cscommunications@mrvbanks.com | Nov 21 2025 18:36:00 | Revvi Visa Mrv Banks, PO Box 85800, Sioux Falls, SD 57118 |
| 5759962 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Martin Bunce, Esq., c/o Midland Credit Management Inc., PO Box 2121, Warren, MI 48090-2121 |
| 5759963 | + | EDI: CBS7AVE | Nov 21 2025 23:36:00 | Masseys, 1251 1st Ave, Chippewa Falls, WI 54729-1677 |
| 5759964 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2025 18:48:31 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5759965 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5759966 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5759967 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 5759968 | + | Email/Text: bankruptcy@ncaks.com | Nov 21 2025 18:36:00 | National Credit Adjusters, LLC, 327 W 4th Ave, Hutchinson, KS 67501-4842 |
| 5759969 | | EDI: AGFINANCE.COM | Nov 21 2025 23:36:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5759971 | ^ | MEBN | Nov 21 2025 18:35:52 | Ratchford Law Group, P.C., 54 Glenmaura |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5759972 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:57 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5759973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:14 | Resurgent/ LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5759977 | | Email/Text: bankruptcy@springoakscapital.com | Nov 21 2025 18:36:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5759976 | + | Email/Text: bankruptcy@sw-credit.com | Nov 21 2025 18:36:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 5759979 | + | EDI: CBS7AVE | Nov 21 2025 23:36:00 | Stoneberry, 1251 1st Ave, Chippewa Falls, WI 54774-9998 |
| 5759982 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2025 18:36:00 | The Bank of Missouri/Fortiva MC, Po Box 105555, Atlanta, GA 30348-5555 |
| 5759983 | + | EDI: PHINGENESIS | Nov 21 2025 23:36:00 | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5759938 | | Email/Text: bnc_4301@velocityrecoveries.com | Nov 21 2025 18:36:00 | CKS Prime Investments LLC, 1800 State Route 34 N, Building 3, Suite, Belmar, NJ 07719-9168 |
| 5759985 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:13 | WEBBANK FINGERHUT, PO Box 1269, Greenville, SC 29602-1269 |
| 5759984 | + | EDI: BLUESTEM | Nov 21 2025 23:36:00 | WEBBANK FINGERHUT, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5759974 | * | Resurgent/ LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025                Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 2 Sandra J Pieshefski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

| | |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Charles P Pieshefski Sr. usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| Debtor 1: | Charles P Pieshefski Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx−xx−9020 |
| | | EIN: | __−_____ |
| Debtor 2:<br>(Spouse, if filing) | Sandra J Pieshefski<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx−xx−2706 |
| | | EIN: | __−_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7   11/20/25 |
| Case number: | 5:25−bk−03330−MJC | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline                 10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Charles P Pieshefski Sr. | Sandra J Pieshefski |
| 2. | All other names used in the last 8 years | aka Charles Pieshefski, aka Charles P Pieshefski, aka Chuck Pieshefski, aka Charles Peter Pieshefski Sr., aka Charles Peter Pieshefski | aka Sandy Pieshefski, aka Sandra Janet Pieshefski, aka Sandra Pieshefski |
| 3. | Address | 309 E Jefferson St<br>Olyphant, PA 18447 | 309 E Jefferson St<br>Olyphant, PA 18447 |
| 4. | Debtor's attorney<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570−341−9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | Bankruptcy trustee<br>Name and address | Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234−7455<br><br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**            page 1

**Receiving Court Issued Orders and Notices by E−Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn−form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E−Mail.

| | | | |
|---|---|---|---|
| Debtor **Charles P Pieshefski Sr.** and **Sandra J Pieshefski** | | | Case number **5:25−bk−03330−MJC** |

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831−2500<br><br>Date: 11/21/25 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>*Valid photo ID and proof of Social Security number are required* | **Date:** December 17, 2025 at 11:15 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust−regions−r03/region−3−section−341−meetings−0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1−267−552−4686<br><br> |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/15/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**