# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
<u>Satellite Office</u>: Wilkes-Barre 823-9000

November 25, 2025

Honorable Mark J. Conway
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes Barre, PA 18701

(VIA CM/ECF ONLY)

     RE:    Charles & Sandra Pieshefski
                 Middle District of PA Bankruptcy No. 5:25-bk-03330

Dear Judge Conway,

    I am writing to advise that you represented these debtors in a bankruptcy case filed to docket No. 5:2010-bk-00430. They do not object to the instant case having been assigned to you, and are simply providing this information so that you may take any action you deem appropriate.

                                          Sincerely yours,

                                          Carlo Sabatini

CS/dv