IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISON

| | |
|---|---|
| In re<br>Charles P Pieshefski Sr. and<br>Sandra J Pieshefski,<br><br>Debtor(s) | )  Chapter 7<br>)<br>)  Case Number. 5:25-bk-3330<br>)<br>)  Judge Honorable Mark J Conway<br>) |

**REQUEST OF ATLAS ACQUISITIONS
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, as authorized agent for UHG I LLC a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Atlas Acquisitions LLC
    492C Cedar Lane, Ste 442
    Teaneck, NJ 07666
    Attn: Avi Schild
    Telephone: (888) 762-9889
    Facsimile: (201) 546-9377
    E-mail: bk@atlasacq.com

Dated: 12/05/2025

    By: /s/ Avi Schild
    Avi Schild
    c/o Atlas Acquisitions LLC
    President
    492C Cedar Lane, Ste 442
    Teaneck, NJ 07666
    (888) 762-9889
    bk@atlasacq.com

Assignee Creditor: Mid America Bank and Trust [Last four digits of account: 8851]