# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles P Pieshefski Sr.,<br>aka Charles Pieshefski, aka Charles P Pieshefski, aka<br>Chuck Pieshefski, aka Charles Peter Pieshefski Sr., aka<br>Charles Peter Pieshefski, | Chapter 7<br><br>Case No. 5:25–bk–03330–MJC |
| **Debtor 1** | |
| Sandra J Pieshefski,<br>aka Sandy Pieshefski, aka Sandra Janet Pieshefski, aka<br>Sandra Pieshefski, | |
| **Debtor 2** | |

Social Security No.:
          xxx–xx–9020         xxx–xx–2706

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 20, 2026

**fnldecac** (05/18)