In re:  Case No. 25-03330-MJC
Charles P Pieshefski, Sr.  Chapter 7
Sandra J Pieshefski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 4
Date Rcvd: Feb 20, 2026     Form ID: 318     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles P Pieshefski, Sr., Sandra J Pieshefski, 309 E Jefferson St, Olyphant, PA 18447-2022 |
| 5759931 | | 1st Progress/TSYS/VT, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 5759935 | | Car-Lotta Credit and Car Sales, 303 Wyoming Ave, Kingston, PA 18704-3502 |
| 5759947 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5759950 | + | Daniel Joseph Santucci, Esq., 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 5759954 | | First Progress Synovus Bank, P.O. Box 84040, Sioux Falls, SD 57118-4040 |
| 5759957 | | Jefferson Capital Systems, 200 145th Ave East, Sartell, MN 56377 |
| 5759960 | + | LVNV Funding LLC, C/O Resurgent Capital Services PO Box 10, Greenville, SC 29602-0010 |
| 5759961 | | Mariner Finance LLC, 737 Scranton Carbondale Hwy, Scranton, PA 18508-1121 |
| 5759970 | | Opensky Cbnk, 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5759978 | + | Stephanie Hernandez, Esq., 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 5759980 | | The Bank of Missouri, PO Box 3023, Hutchinson, KS 67504-3023 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5764706 | | EDI: ATLASACQU | Feb 20 2026 23:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5759932 | + | Email/Text: bankruptcynotices@aarons.com | Feb 20 2026 18:38:00 | Aaron's LLC, 1606 Nay Aug Ave, Scranton, PA 18509-1868 |
| 5759933 | + | EDI: TCISOLUTIONS.COM | Feb 20 2026 23:37:00 | Bank of Missouri/ Total Card, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 5759945 | | Email/Text: cfcbackoffice@contfinco.com | Feb 20 2026 18:38:00 | Continental Finance Company, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19801 |
| 5759981 | | Email/Text: cfcbackoffice@contfinco.com | Feb 20 2026 18:38:00 | The Bank Of Missouri/Continental Finance, 4550 New LInden Hill Rd #400, Wilmington, DE 19808 |
| 5759934 | | EDI: CAPITALONE.COM | Feb 20 2026 23:37:00 | Capital One Bank (USA), N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5759937 | | Email/Text: bzern@celticbank.com | Feb 20 2026 18:38:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5759939 | | EDI: CBS7AVE | Feb 20 2026 23:37:00 | Colony/ Through Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5759940 | + | EDI: CBS7AVE | Feb 20 2026 23:37:00 | Colony/Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5759941 | + | EDI: COMCASTCBLCENT | Feb 20 2026 23:37:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| 5759942 | + EDI: WFNNB.COM | Feb 20 2026 23:37:00 | Comenity Bank/ ULTA, PO Box 182120, Columbus, OH 43218-2120 |
| 5759943 | EDI: WFNNB.COM | Feb 20 2026 23:37:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5759944 | + EDI: WFNNB.COM | Feb 20 2026 23:37:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 5759948 | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2026 18:40:45 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5759946 | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2026 18:40:45 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5759949 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:54:27 | Credit One Bank, N.A., 335 Madison Ave, New York, NY 10017-4611 |
| 5759951 | + EDI: PHINGENESIS | Feb 20 2026 23:37:00 | FEB Destiny/CCI, PO Box 4499, Beaverton, OR 97076-4499 |
| 5759936 | Email/Text: BNSFS@capitalsvcs.com | Feb 20 2026 18:38:00 | CCS/First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5759952 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:54:23 | First Electronic Bank, PO Box 1269, Greenville, SC 29602-1269 |
| 5759953 | EDI: AMINFOFP.COM | Feb 20 2026 23:37:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5759956 | ^ MEBN | Feb 20 2026 18:35:16 | Geisinger, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5759955 | ^ MEBN | Feb 20 2026 18:35:17 | Geisinger, 100 North Academy Ave Mail Code 32-27, Danville, PA 17822-0001 |
| 5759959 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:58 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5759958 | ^ MEBN | Feb 20 2026 18:35:24 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5759975 | Email/Text: connectcommunications@mrvbanks.com | Feb 20 2026 18:38:00 | Revvi Visa Mrv Banks, PO Box 85800, Sioux Falls, SD 57118 |
| 5759962 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2026 18:38:00 | Martin Bunce, Esq., c/o Midland Credit Management Inc., PO Box 2121, Warren, MI 48090-2121 |
| 5759963 | + EDI: CBS7AVE | Feb 20 2026 23:37:00 | Masseys, 1251 1st Ave, Chippewa Falls, WI 54729-1677 |
| 5759964 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2026 18:40:45 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5759965 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2026 18:38:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5759966 | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2026 18:38:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5759967 | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2026 18:38:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 5759968 | + Email/Text: bankruptcy@ncaks.com | Feb 20 2026 18:38:00 | National Credit Adjusters, LLC, 327 W 4th Ave, Hutchinson, KS 67501-4842 |
| 5759969 | EDI: AGFINANCE.COM | Feb 20 2026 23:37:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5759971 | ^ MEBN | Feb 20 2026 18:35:27 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5759972 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5759973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:58 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| | | | Feb 20 2026 18:40:52 | Resurgent/ LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5759977 | | Email/Text: bankruptcy@springoakscapital.com | Feb 20 2026 18:38:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5759976 | + | Email/Text: bankruptcy@sw-credit.com | Feb 20 2026 18:38:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 5759979 | + | EDI: CBS7AVE | Feb 20 2026 23:37:00 | Stoneberry, 1251 1st Ave, Chippewa Falls, WI 54774-9998 |
| 5759982 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 20 2026 18:38:00 | The Bank of Missouri/Fortiva MC, Po Box 105555, Atlanta, GA 30348-5555 |
| 5759983 | + | EDI: PHINGENESIS | Feb 20 2026 23:37:00 | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5759938 | | EDI: G2RSVELOCITY | Feb 20 2026 23:37:00 | CKS Prime Investments LLC, 1800 State Route 34 N, Building 3, Suite, Belmar, NJ 07719-9168 |
| 5759938 | | Email/Text: bnc_4301@velocityrecoveries.com | Feb 20 2026 18:38:00 | CKS Prime Investments LLC, 1800 State Route 34 N, Building 3, Suite, Belmar, NJ 07719-9168 |
| 5759985 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:54:23 | WEBBANK FINGERHUT, PO Box 1269, Greenville, SC 29602-1269 |
| 5759984 | + | EDI: BLUESTEM | Feb 20 2026 23:37:00 | WEBBANK FINGERHUT, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5759974 | * | Resurgent/ LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2026            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | |

| | |
|---|---|
| | on behalf of Debtor 2 Sandra J Pieshefski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | |
| | on behalf of Debtor 1 Charles P Pieshefski  Sr. usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | |
| | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | Charles P Pieshefski Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9020<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sandra J Pieshefski<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2706<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–03330–MJC | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles P Pieshefski Sr.
aka Charles Pieshefski, aka Charles P Pieshefski, aka Chuck Pieshefski, aka Charles Peter Pieshefski Sr., aka Charles Peter Pieshefski

Sandra J Pieshefski
aka Sandy Pieshefski, aka Sandra Janet Pieshefski, aka Sandra Pieshefski

2/20/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**